Matter of Allen v Annalett (2023 NY Slip Op 01424)

Matter of Allen v Annalett

2023 NY Slip Op 01424

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, AND MONTOUR, JJ.

255 CA 22-00150

[*1]IN THE MATTER OF TIMOTHY ALLEN, BEVERLEY BRITZZALARO, LOUISE MACVIE, TERRENCE WELSCH, ARTHUR WINGERTER, ALL AS TRUSTEES OF THE WALTER N. WELSCH 2006 IRREVOCABLE TRUST, AND CHARLES W. CHIAMPOU, AS THE TRUST PROTECTOR OF THE WALTER N. WELSCH 2006 IRREVOCABLE TRUST, PETITIONERS-RESPONDENTS-APPELLANTS,
v
MICHAEL ANNALETT AND VIRGINIA WILTBERGER, AS TRUSTEES OF THE WALTER N. WELSCH 2006 IRREVOCABLE TRUST, RESPONDENTS-APPELLANTS-RESPONDENTS, AND MICHAEL J. MOLEY, RESPONDENT-RESPONDENT. 

BARCLAY DAMON LLP, BUFFALO (JENNIFER G. FLANNERY OF COUNSEL), FOR RESPONDENT-APPELLANT-RESPONDENT MICHAEL ANNALETT, AS TRUSTEE OF THE WALTER N. WELSCH 2006 IRREVOCABLE TRUST. 
LIPPES MATHIAS LLP, BUFFALO (BRENDAN H. LITTLE OF COUNSEL), FOR RESPONDENT-APPELLANT-RESPONDENT VIRGINIA WILTBERGER, AS TRUSTEE OF THE WALTER N. WELSCH 2006 IRREVOCABLE TRUST.
PHILLIPS LYTLE LLP, BUFFALO (JOSHUA GLASGOW OF COUNSEL), FOR PETITIONERS-RESPONDENTS-APPELLANTS TIMOTHY ALLEN, BEVERLEY

 Appeals and cross appeals from a judgment (denominated order) of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered December 22, 2021. The judgment, among other things, declared that petitioner Charles W. Chiampou, as the trust protector of the Walter N. Welsch 2006 Irrevocable Trust, possessed the authority to remove respondent Michael Annalett as the independent trustee. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court